IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRACI BAHENA,

                Plaintiff,

v.                                                 OPINION & ORDER

JEFFERSON CAPITAL SYSTEMS, LLC, and         17-cv-461-jdp
MESSERLI & KRAMER, P.A.,

                Defendants.

---

This case arises out of a debt-collection action that defendant Messerli & Kramer, PA, filed on behalf of its client, defendant Jefferson Capital Systems, LLC, against plaintiff Traci Bahena. Bahena brings claims against defendants under the Fair Debt Collection Practices Act and the Wisconsin Consumer Act. Dkt. 25. Defendants have moved to dismiss the complaint for lack of subject-matter jurisdiction and for failure to state a claim. Dkt. 31 and Dkt. 36. They now move to stay discovery pending the court's decision on their dispositive motions. Dkt. 48.

Defendants' motions have been under advisement to the court since December, so their request for a stay is understandable. But the court anticipates issuing a decision on the dispositive motions soon, in connection with similar motions pending in *Satran v. LVNV Funding, LLC*, No. 17-cv-896 (filed Nov. 27, 2017). In the meantime, to keep the case on track for a March 11, 2019 trial, the court will not stay discovery.

ORDER

IT IS ORDERED that defendants' motion to stay discovery, Dkt. 48, is DENIED.

Entered May 16, 2018.

        BY THE COURT:

        /s/

        _____
        JAMES D. PETERSON
        District Judge